NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LONNIE O'QUINN,                        )
                                       )
            Appellant,                 )
                                       )
v.                                     )      Case No. 2D18-1484
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.


PER CURIAM.


            Affirmed.  See Robbins v. State, 641 So. 2d 934 (Fla. 2d DCA 1994);

Holloway v. State, 668 So. 2d 627 (Fla. 5th DCA 1996).


SILBERMAN, VILLANTI, and CRENSHAW, JJ., Concur.